E-FILED
Thursday, 15 September, 2011 11:06:00 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ASHOOR RASHO,
    Plaintiff,

v.     10-1108

MICHAEL RANDLE, et.al,
    Defendants.

### Order Directing Release of Medical Records of Ashoor Randle

On October 18, 2010, the court conducted a merit review of the Plaintiff's amended complaint pursuant to 28 U.S.C. §1915A and found that the Plaintiff had alleged that the Defendants violated his Eighth Amendment rights when they were deliberately indifferent to his serious medical needs. *See* October 18, 2010 Merit Review Order. Defendants Sylvia Mahone has now filed a motion asking for an order pursuant to the Health Insurance Portability and Accountability Act (HIPAA) allowing the release of the Plaintiff's medical records for the purpose of this litigation only. [d/e 65]   The motion is granted.

**IT IS THEREFORE ORDERED that:**

**1) The Defendant Mahone's motion for an order pursuant to 45 CFR 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) for the release of medical records is granted. [d/e 65].**

**2) The Plaintiff's medical records shall be released to the attorneys of record in this litigation upon request of said attorney(s) to any covered entity, as defined by 45 C.F.R. 160.103.  Those attorneys include Lisa Cook, Jerrod Williams and Theresa Powell. This order applies to all of the Plaintiff's protected health information produced by a covered entity as defined under the Health Insurance Portability and Accountability Act and attendant federal regulations.  The parties and their attorneys shall not use or disclose the protected health information for any purpose other than the litigation in this case.  Upon the termination of this litigation, the parties and their attorneys shall either return said protected health information to the covered entity or destroy the protected health information.**

Entered this 15th Day of September, 2011

                                                s/James E. Shadid

                                              JAMES E. SHADID
                                      UNITED STATES DISTRICT JUDGE